Date: 01/14/11

**DIVIDENDS REMITTED TO THE COURT**
Check Number 125 Dated 01/14/11
Case Number 09-38857 - JOHNSON, DANIEL E

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025<br>   FINAL DISTRIBUTION<br>   1615 | 000001 | 683.05 | 3.69 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025<br>   FINAL DISTRIBUTION<br>   8026 | 000002 | 250.86 | 1.35 |
| CHASE BANK USA NA<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374<br>   FINAL DISTRIBUTION<br>   5118 | 000018 | 916.31 | 4.95 |
| ---------- Remittance Total ---------- | | 1,850.22 | 9.99 |

John A. Hedback, Trustee

COURT1

Printed: 01/14/11 10:24 AM    Ver: 16.01c